**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| ENGINEERED STRUCTURES, INC.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BEAVERHEAD COUNTY HIGH SCHOOL DISTRICT,<br><br>　　　　Defendant. | CV-23-54-BU-BMM |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter is the before the Court on Plaintiff's Fed. R. Civ. P. 41(a) Notice of Dismissal without Prejudice. THEREFORE, this matter is dismissed without prejudice under Fed. R. Civ. P. 41(a).

DATED this 29th day of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court